IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UARON J C MASON                                           PLAINTIFF

VS.                        4:05CV00851-WRW

RANDY JOHNSON, et al.                                     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.   After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 10th day of May, 2006.


/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE