IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UARON J C MASON                                                                        PLAINTIFF

VS.                                      4:05CV00851-WRW

RANDY JOHNSON, et al.                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against defendants be, and is hereby, dismissed with prejudice.

SO ADJUDGED this 10th day of May, 2006.


/s/Wm. R. Wilson, Jr.
UNITE STATES DISTRICT JUDGE